IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-04389 |
| JAMES OLIVETTE EZELL, ) | |
| ) | Chapter 13 |
| Debtor. ) | |

**ORDER GRANTING MOTION FOR RELIEF
FROM THE AUTOMATIC STAY BY FIRST US BANK**

This matter came before the Court for hearing on February 27, 2019 on the Motion for Relief from the Automatic Stay [Doc. 157] (the "Motion") filed by First US Bank ("FUSB"). Jeremy L. Retherford appeared at the hearing as counsel for FUSB and James Patterson appeared at the hearing on behalf of Debtor James Ezell (the "Debtor").

WHEREAS, the Court, having considered the merits of the Motion, the Debtor's as well as arguments of counsel, it is ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is **GRANTED**.

2. The automatic stay is lifted in favor of FUSB as to the Property (as defined in the Motion) and FUSB may exercise its state law remedies as to the Property including, but not limited to, foreclosure of the Property.

3. The fourteen (14) day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived.

Dated: March 6, 2019

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE

**Submitted by**:

/s/ Jeremy L. Retherford
Jeremy L. Retherford
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
Tel: 205-226-3479
jretherford@balch.com

*Attorney for First US Bank*